**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6015**

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

JOHNNY JUNIOR DUNCAN,

         Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge.  (4:09-cr-00950-TLW-8)

Submitted:  August 31, 2020                                    Decided:  September 17, 2020

Before WILKINSON, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny Junior Duncan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Junior Duncan appeals the district court's order denying his motion to reduce his sentence under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Duncan*, No. 4:09-cr-00950-TLW-8 (D.S.C. Dec. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*